**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02942-RM-KMT

MANUEL AGUINA-ARREOLA,

    Petitioner,

v.

ERIC HOLDER, JR.,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to Order [Doc. No. 18, filed January 10, 2014] it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1, filed October 28, 2013], is DENIED and this action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that Applicant's Motion for Injunction [Doc. No. 15, filed December 5, 2013] is DENIED.  It is further

ORDERED that Defendant shall have his costs, if any, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

   Dated at Denver, Colorado this 13th day of January, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk